# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MICHAEL A. SANTARO**

    vs.                      **CASE NUMBER: 5:10-CV-357 (NAM)**

**ANTHONY J. SGROI**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Bankruptcy Appeal filed by Michael A. Santaro is granted in part and denied in part, the Order of the United States Bankruptcy Judge Cangilos-Ruiz dated February 17, 2010 is REVERSED insofar as it dismisses Counts 1 and IV of the amended complaint, and AFFIRMED insofar as it dismisses with prejudice Counts II and III, it is further Ordered that Counts I and IV of the amended complaint are REINSTATED.

All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 24th day of September, 2010.

DATED: September 24, 2010

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk